NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SCRIPTPRO LLC

---

2011-1139
(Reexamination No. 90/007,995)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

DAN CLEVELAND, JR., Lathrop & Gage, LLP, of Boulder, Colorado, argued for appellant. With him on the brief was DAVID J. LEE.

KRISTI L.R. SAWERT, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were RAYMOND T. CHEN, Solicitor, and NATHAN K. KELLEY, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 5, 2011      /s/ Jan Horbaly

Date      Jan Horbaly

Clerk